THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARD-ING BUILDERS, LLC; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CASE NO. 3:07-cv-1069-MEF |
| VS. ) | |
| ) | |
| THE CITY OF PHENIX CITY, ) | |
| ALABAMA, a Municipal Corporation, ) | |
| ) | |
| Defendants. ) | |

### *MOTION TO WITHDRAW AS COUNSEL*
### *OF RECORD FOR DEFENDANT*

Come now James R. McKoon, Jr., Joshua R. McKoon and James P. Graham, Jr. and moves to withdraw as counsel of record for Defendant. As grounds for this Motion, the above attorneys state as follows:

1. James R. McKoon, Jr. is related by marriage to Chris Evans, who is one of the Plaintiffs (C.M. Evans Enterprises, Inc. and Evans & Associates) and therefore, feels it appropriate to withdraw from representation of the Defendant in this matter.

2. Joshua R. McKoon is an associate in the firm with James R. McKoon, Jr. and moves to withdraw for the reason stated in number 1 above.

PDF created with pdfFactory trial version www.pdffactory.com

     3.     James P. Graham, Jr. may become a witness in this case and in addition his firm has closed real estate transactions involving some of the Plaintiffs and therefore, feels appropriate to withdraw from representation of the Defendant in this matter.

     4.     The Defendant has been apprised of the above attorneys' intention to withdraw and the reasons therefore.

     5.     Ronald G. Davenport, an attorney with the firm of Rushton, Stakely, Johnston & Garrett, and admitted to practice in this Court, has agreed to undertake the defense of the Defendant in this case and will be entering an appearance for the Defendant, shortly.

     WHEREFORE, the above premises considered, the Defendant requests that the above Motion be granted and the Court enter such Order as it deems appropriate allowing the withdrawal of the above referenced attorneys from further representation of the Defendant, in this case.

*/s/ James R. McKoon, Jr.*
_____
James R. McKoon, Jr., MCK020
Attorney for Defendant

PDF created with pdfFactory trial version www.pdffactory.com

                        */s/ Joshua R. McKoon*
                        _____
                        Joshua R. McKoon, MCK057
                        Attorney for Defendant

McKoon & Associates
Post Office Box 3220
Phenix City, Alabama 36868-3220
(334) 297-2300
Facsimile (334) 297-2777

                        */s/ James P. Graham, Jr.*
                        _____
                        James P. Graham, Jr., GRA030
                        Attorney for Defendant

The Graham Legal Firm
Post Office Box 3380
Phenix City, AL 36868-3380
(334) 291-0315
Facsimile (334) 291-9136

### ***CERTIFICATE OF SERVICE***

      I hereby certify that on this the 9th day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      G. Lane Knight, Esq.
      David R. Boyd, Esq.
      Balch & Bingham, LLP
      P. O. Box 78
      Montgomery, Alabama  36101

                        */s/ James R. McKoon*
                        _____
                        OF COUNSEL

PDF created with pdfFactory trial version www.pdffactory.com

Case 3:07-cv-01069-MEF-WC   Document 2   Filed 01/09/2008   Page 4 of 4

PDF created with pdfFactory trial version www.pdffactory.com