IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| HARD-ING BUILDERS, LLC; VISION QUALITY HOMEBUILDERS, LLC; VISION QUALITY HOMES, LLC; et al., | § § § § § | |
| Plaintiffs, | § § | 3:07-cv-1069-MEF |
| v. | § § § | |
| CITY OF PHENIX CITY, ALABAMA, a Municipal Corporation, | § § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

COME NOW Ronald G. Davenport and R. Brett Garrett, of the law firm of Rushton, Stakely, Johnston & Garrett, P.A., and enter their appearance as counsel of record for Defendant, City of Phenix City, Alabama.

Respectfully submitted this the 15th day of January, 2008.

*s/ Ronald G. Davenport*
*s/ R. Brett Garrett*
RONALD G. DAVENPORT (DAV044)
R. BRETT GARRETT (GAR085)
Attorneys for Defendant City of Phenix City, Alabama

Of Counsel:
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101
334-206-3100 (phone)
334-481-0808 (fax)
rgd@rsjg.com (email)
bg@rsjg.com (email)

## **CERTIFICATE OF SERVICE**

       I hereby certify that on <u>January 15, 2008</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David R. Boyd, Esq.
G. Lane Knight, Esq.
BALCH & BINGHAM, LLP
PO Box 78
Montgomery, AL 36101-0078

James R. McKoon, Jr., Esq.
Joshua R. McKoon, Esq.
MCKOON & ASSOCIATES
PO Box 3220
Phenix City, AL 36868-3220

James P. Graham, Esq.
THE GRAHAM LEGAL FIRM
PO Box 3380
Phenix City, AL 36868-3380

                                                      *s/ R. Brett Garrett*
                                                      OF COUNSEL