IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARD-ING BUILDERS, LLC, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| v. | )  CASE NO. 3:07-cv-1069-MEF |
| | ) |
| THE CITY OF PHENIX CITY, | ) |
| ALABAMA, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Counsel of Record for Defendant (Doc. #2) filed on January 9, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 17th day of January, 2008.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE