IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARD-ING BUILDERS, LLC, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO.: 3:07-cv-01069-MEF-WC |
| v. ) | |
| ) | |
| THE CITY OF PHENIX CITY, ) | |
| ALABAMA, a Municipal Corporation, ) | |
| ) | |
| Defendant. ) | |

## SUMMERVILLE HOMES, INC.'S CORPORATE DISCLOSURE STATEMENT

In accordance with the Order of this Court, Summerville Homes, Inc., hereby makes the following disclosures concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The following entities are hereby reported: Summerville Homes, Inc. is owned and operated by Joseph Mixon. It is not a publicly traded company. It does not own any other corporate entities and it has no parent companies, subsidiaries or other reportable entities or relationships.

/s/ G. Lane Knight
David R. Boyd (BOY005)
G. Lane Knight (KNI028)
Attorneys for Plaintiffs
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 783-2739
E-mail: dboyd@balch.com
         lknight@balch.com

189202.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 25th day of January, 2008:

Ronald G. Davenport
R. Brett Garrett
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Montgomery, AL 36104

*Attorneys for Defendant*

                                          Respectfully submitted,

                                          /s/ G. Lane Knight
                                          David R. Boyd (BOY005)
                                          G. Lane Knight (KNI028)
                                          Attorney for Plaintiffs
                                          BALCH & BINGHAM LLP
                                          Post Office Box 78
                                          Montgomery, AL 36101-0078
                                          Telephone: (334) 834-6500
                                          Facsimile: (866) 783-2739
                                          E-mail: dboyd@balch.com
                                          E-mail: lknight@balch.com