IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARD-ING BUILDERS, LLC, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:07-cv-01069-MEF-WC |
| | ) |
| THE CITY OF PHENIX CITY, | ) |
| ALABAMA, a Municipal Corporation, | ) |
| | ) |
| Defendant. | ) |

**INTERSTATE BUILDERS SERVICES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

In accordance with the Order of this Court, Interstate Builders Services, Inc., hereby makes the following disclosures concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The following entities are hereby reported: Interstate Builders Services, Inc. is owned and operated by Russell Ninas. It is not a publicly traded company. It does not own any other corporate entities and it has no parent companies, subsidiaries or other reportable entities or relationships. Russell Ninas also owns Rusty Ninas Builders, Inc.

/s/ G. Lane Knight
David R. Boyd (BOY005)
G. Lane Knight (KNI028)
Attorneys for Plaintiffs
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 783-2739
E-mail: dboyd@balch.com
    lknight@balch.com

189207.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 25th day of January, 2008:

Ronald G. Davenport
R. Brett Garrett
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Montgomery, AL 36104

*Attorneys for Defendant*

Respectfully submitted,

/s/ G. Lane Knight
David R. Boyd (BOY005)
G. Lane Knight (KNI028)
Attorney for Plaintiffs
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 783-2739
E-mail: dboyd@balch.com
lknight@balch.com