IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARD-ING BUILDERS, LLC, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 3:07-cv-01069-MEF-WC |
| | ) |
| THE CITY OF PHENIX CITY, | ) |
| ALABAMA, a Municipal Corporation, | ) |
| | ) |
| Defendant. | ) |

## AUBURN ROAD, LLC'S CORPORATE DISCLOSURE STATEMENT

In accordance with the Order of this Court, Auburn Road, LLC hereby makes the following disclosures concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The following entities are hereby reported: Auburn Road, LLC is owned and operated by Mike Bowden. It is not a publicly traded company. It does not own any other corporate entities and it has no parent companies, subsidiaries or other reportable entities or relationships. Mike Bowden also owns Venture Builders, LLC, Venture Builders, Inc., Trojan Builders, LLC and Prudential Bowden Realtors.

/s/ G. Lane Knight
David R. Boyd (BOY005)
G. Lane Knight (KNI028)
Attorneys for Plaintiffs
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 783-2739
E-mail: dboyd@balch.com
    lknight@balch.com

189212.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 25th day of January, 2008:

Ronald G. Davenport
R. Brett Garrett
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Montgomery, AL 36104

*Attorneys for Defendant*

                                         Respectfully submitted,

                                         /s/ G. Lane Knight
                                         David R. Boyd (BOY005)
                                         G. Lane Knight (KNI028)
                                         Attorney for Plaintiffs
                                         BALCH & BINGHAM LLP
                                         Post Office Box 78
                                         Montgomery, AL 36101-0078
                                         Telephone: (334) 834-6500
                                         Facsimile: (866) 783-2739
                                         E-mail: dboyd@balch.com
                                                     lknight@balch.com