IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARD-ING BUILDERS, LLC, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 3:07-cv-01069-MEF-WC |
| ) | |
| THE CITY OF PHENIX CITY, ) | |
| ALABAMA, a Municipal Corporation, ) | |
| ) | |
| Defendant. ) | |

**TROJAN BUILDERS, LLC'S CORPORATE DISCLOSURE STATEMENT**

In accordance with the Order of this Court, Trojan Builders, LLC hereby makes the following disclosures concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The following entities are hereby reported: Trojan Builders, LLC is owned and operated by Mike Bowden. It is not a publicly traded company. It does not own any other corporate entities and it has no parent companies, subsidiaries or other reportable entities or relationships. Mike Bowden also owns Venture Builders, LLC, Venture Builders, Inc., Auburn Road, LLC and Prudential Bowden Realtors.

/s/ G. Lane Knight
David R. Boyd (BOY005)
G. Lane Knight (KNI028)
Attorneys for Plaintiffs
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 783-2739
E-mail: dboyd@balch.com
         lknight@balch.com

189213.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following this the 25th day of January, 2008:

Ronald G. Davenport
R. Brett Garrett
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Montgomery, AL 36104

*Attorneys for Defendant*

                Respectfully submitted,

                /s/ G. Lane Knight
                David R. Boyd (BOY005)
                G. Lane Knight (KNI028)
                Attorney for Plaintiffs
                BALCH & BINGHAM LLP
                Post Office Box 78
                Montgomery, AL 36101-0078
                Telephone: (334) 834-6500
                Facsimile: (866) 783-2739
                E-mail: dboyd@balch.com
                        lknight@balch.com