IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

HARD-ING BUILDERS, LLC, et al.,

    Plaintiff,

v.

CITY OF PHENIX CITY, ALABAMA, et al.,

    Defendants,

CASE NO. 3:07-cv-1069-MEF-WC

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW City of Phenix City, Alabama, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity           Relationship to Party

1/28/2008
Date

s/ R. Brett Garrett
(Signature)

R. Brett Garrett (GAR085)
(Counsel's Name)

Defendant City of Phenix City, Alabama
Counsel for (print names of all parties)

PO Box 270
Montgomery, AL 36101-0270
Address, City, State Zip Code

334-206-3138
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN                    DIVISION

**CERTIFICATE OF SERVICE**

I, R. Brett Garrett, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 28th day of January 20 08, to:

David R. Boyd, Esq. (dboyd@balch.com)

G. Lane Knight, Esq. (lknight@balch.com)


1/28/2008                                    s/ R. Brett Garrett
Date                                         Signature