IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARD-ING BUILDERS, LLC, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 3:07-cv-1069-MEF |
| ) | |
| THE CITY OF PHENIX CITY, ) | |
| ALABAMA, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc. #49) filed on January 28, 2008, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before February 12, 2008. The plaintiffs may file a reply brief on or before February 19, 2008.

DONE this the 29th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE