IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| HARD-ING BUILDERS, LLC, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 3:07-cv-01069-MEF-WC |
| ) | |
| THE CITY OF PHENIX CITY, ) | |
| ALABAMA, a Municipal Corporation, ) | |
| ) | |
| Defendant. ) | |

## JOINT REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to *Fed. R. Civ. P.* 26(f), a meeting was held by telephone on July 31, 2008, and was attended by G. Lane Knight, for the plaintiffs, and R. Brett Garrett, for the defendant the City of Phenix City, Alabama (the "City").

2. Synopsis of Case: This case involves the legality of the City's collection of "sewer tap fees" from Plaintiffs, a collection of builders and contractors. Plaintiffs contend, among other things, that the sewer tap fees collected by the City were not valid regulatory fees, but were in reality a form of tax. Defendant contends that the sewer tap fees were valid regulatory fees, properly assessed and collected.

3. Alternative Dispute Resolution: It is too early to assess the likelihood of settlement through formal mediation or informal settlement negotiations.

4. Initial Disclosures: The parties will exchange by August 31, 2008, the information required by *Fed. R. Civ. P.* 26(a)(1).

5. Discovery Plan: The parties jointly propose to the Court the following discovery plan:

194215

(a). Discovery will be needed on the following subjects:

  I. Plaintiffs' claims

  II. Defendant's defenses

(b) The parties do not anticipate the need for significant discovery of electronically stored information (ESI) in this case and do not request any order from the Court on this issue at this time. If the need for such discovery arises, the parties will work toward an appropriate agreement as contemplated in *Fed. R. Civ. P.* 26(f)(3).

(c). The parties do not have any agreement regarding claims of privilege or of protection as trial-preparation material asserted after production and do not request any order from the Court on this issue at this time. If the parties perceive the need for such an agreement in the future, the parties will work toward an appropriate agreement as contemplated in *Fed. R. Civ. P.* 26(f)(4).

(b). All discovery commenced in time to be completed by September 14, 2009.

(d). Maximum of 45 interrogatories by each party to any other party.

(e). Maximum of 25 requests for admission by each party to any other party.

(f). Maximum of 45 requests for production of documents by each party to any other party.

(c). Reports from retained experts under Rule 26(a)(2) due:

  From Plaintiffs:   May 15, 2009

  From Defendant:   June 30, 2009

(j). Supplementation under Rule 26(e) due 30 days after notice or knowledge but not later than 33 days prior to the close of discovery.

6. Other Items:

(a). The parties do not request a conference with the Court before entry of the scheduling order.

(b). Plaintiffs should be allowed until November 14, 2008 to join any additional parties or amend the pleadings.

(c). Defendants should be allowed until December 15, 2008 to join any additional parties or amend the pleadings.

(d). All potentially dispositive motions should be filed by August 15, 2009.

7. The parties request a final pretrial conference in September 2009.

8. Pretrial disclosures under Rule 26(a)(3) should be due from parties 30 days prior to trial.

9. Each party should have 14 days after service of final lists of witnesses and exhibits to serve objections under Rule 26(a)(3).

10. This case should be ready for trial by October 2009 and at this time is expected to take approximately 3-5 days to try.

Respectfully submitted this the 4th day of August, 2008.

/s/ G. Lane Knight
Charles B. Paterson
Bar Number: ASB-1542-R73C
G. Lane Knight
Bar Number: ASB-6748-I72K
Attorneys for Plaintiffs
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (334) 269-3115
E-mail: cpaterson@balch.com
E-mail: lknight@balch.com

194215

3

/s/ R. Brett Garrett
Ronald G. Davenport
R. Brett Garrett
Attorneys for Defendant
Rushton, Stakely, Johnston & Garrett, P.A.
184 Commerce Street
Montgomery, AL 36104
Telephone: (334) 834-8480
Facsimile: (334) 262-6277